UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ERIC GLENN HIEB, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:12-CV-453 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 13]. The defendant has filed objections to the Report and Recommendation. [Doc. 14]. After careful *de novo* consideration of the record as a whole, the defendant's objections, the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, the motion for judgment on the pleadings filed by the plaintiff is **GRANTED** to the extent that is seeks a remand , [Doc. 9], the motion for summary judgment filed by the defendant is **DENIED,** [Doc. 11], and this case is **REMANDED** to the Commissioner for further evaluation of the limitations imposed by plaintiff's mental impairment, including professional examination.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE