UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ERIC GLENN HIEB | ) | |
| | ) | |
| v. | ) | NO. 2:12-CV-453 |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner of Social Security | ) | |

## O R D E R

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge regarding the motion for an award of attorney fees to the plaintiff under the Equal Access to Justice Act ("EAJA"). No objections have been filed to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 21], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the motion for an award of EAJA attorney fees filed by the plaintiff is **GRANTED,** and the plaintiff is awarded EAJA fees in the amount of $1,750.00, expenses in the amount of $17.25, and costs in the amount of $350.00. [Doc. 17].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE