UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| ERIC GLENN HIEB | ) | |
| | ) | |
| V. | ) | NO. 2:12-CV-453 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security | ) | |

## REPORT AND RECOMMENDATION

Plaintiff's counsel has filed a Motion [24] for approval of an attorney fee under 42 U.S.C.§ 406(b) in the amount of $4, 492.00. The government does not oppose the request. This fee is found to be appropriate and fair. It is respectfully recommended that the Motion be GRANTED.[1]

                Respectfully Submitted:

                 s/ Clifton L. Corker
                United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within fourteen (l4) days of its service or further appeal will be waived. Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 198l); 28 U.S.C. § 636(b)(1)(B) and (C).